```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**THOMAS S. BROWN**                                                               **PLAINTIFF**

      v.          Civil No. 11-5235

**MATT DURRETT, Prosecuting Attorney**                                            **DEFENDANT**

### O R D E R

Now on this 10th day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE